Argued June 5—decided June 5, 1970

State of Connecticut *v.* Maureen Blanchard

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Howard R. Steeg,* in support of the petition.

*John S. Papa, Jr.,* assistant prosecuting attorney, in opposition.

Submitted May 29—decided June 16, 1970